# Court of Appeals
# of the State of Georgia

ATLANTA,  December 20, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0053. SANDRINI v. PRESCOTT.**

Jorge Sandrini has filed a motion to extend the time to file an application for discretionary appeal in the above-styled matter. The motion is hereby GRANTED such that Sandrini's filing deadline shall be January 25, 2025.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/20/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*